Koeltl, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRACIELA BRETSCHNEIDER DONCOUSE,

PLAINTIFF,

-against-

NYC SOLE AND 620 BROADWAY HOUSING CORP., A
DOMESTIC BUSINESS CORPORATION,

DEFENDANTS.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3\15\17

1:17-cv-00525 (JGK)

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, that this action, together with all claims, counterclaims and cross-claims, as against all parties, be, and the same hereby are discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court. Facsimile signatures shall be deemed originals and this stipulation may be signed in counterparts.

Dated:    New York, New York
          March 13, 2017

Bradly G. Marks
The Marks Law Firm, PC
175 Varick Street, 3d Floor
New York, New York 10014
Counsel for Plaintiff

Jamie S. Felsen - Partner
Milman Labuda Law Group PLLC
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042
*Attorneys for Defendant NYC SOLE*

**SO ORDERED:**

U.S.D.J.

3/15/17

JS